# United States District Court

JUN 1 4 2016

SOUTHERN DISTRICT OF TEXAS

David J. Bradley, Clerk

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Michael GARCIA-Hernandez**

YOB: 1979
COC: Cuba

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: M-16- 1139 -M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 13, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law did therefore knowingly, willfully and in violation of law attempt to gain illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a re-application by the defendant for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

The defendant attempted to enter the United States illegally as a pedestrian at the Hidalgo Port of Entry by presenting his invalid Resident Alien Card. He was escorted to secondary for further inspection. In secondary, database queries revealed the defendant had been ordered deported/removed by an Immigration Judge on 01/28/2008. Records show no evidence exists of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. The defendant is a citizen of Cuba and has no legal status in the United States. On 12/03/2008, the defendant was convicted to 14 months confinement for Conspiracy to Encourage and Induce Aliens.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Nidia Trevino**
Printed Name of Complainant

**Approved By: L. Wang**

**June 14, 2016**
Date
**McAllen, Texas**
City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer